ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNA HULL
Assistant United States Attorney
California Bar Number 227153
 Federal Building, Suite 7516
 300 North Los Angeles Street
 Los Angeles, California 90012
 Telephone:  (213) 894-6585
 Facsimile:   (213) 894-7819
 E-mail:       joanna.hull@usdoj.gov

Attorneys for Defendant
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YURIKO OGAWA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CV 11-03379 DDP (MANx)<br><br>**JUDGMENT**<br><br>[Fed. R. Civ. P. 68] |

   Pursuant to Rule 68 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment shall be entered in

1

favor of plaintiff Yuriko Ogawa against defendant United States of America in the sum of THIRTY-SEVEN THOUSAND DOLLARS and NO CENTS ($37,000), said sum to include all costs, attorney's fees and all outstanding liens incurred to the date hereof in this matter. This amount is to be in total settlement of this action with no admission of liability and said judgment to have no effect whatsoever except in settlement of this case.

DATED: December 07, 2012

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

Presented by:
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 /s/ *Joanna Hull*
JOANNA HULL
Assistant United States Attorney
Attorneys for Defendant
United States of America


 _/s/_____
JAY S. BLOOM, ESQ.
ATTORNEY FOR PLAINTIFF

2